IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-17-BO
NO. 5:12-CV-824-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DERRICK DENARRIO WHITAKER, | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to review sentence pursuant to 18 U.S.C. § 3742 and to vacate his sentence pursuant to 28 U.S.C. § 2255. [DE 31, 39]. Defendant requests to withdraw his previously filed motions. [DE 43]. For good cause shown, defendant's motions to review sentence [DE 31] and vacate sentence [DE 39] shall be WITHDRAWN from consideration WITHOUT PREJUDICE.

SO ORDERED, this 4 day of February, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE