IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-17-1BO
No. 5:16-CV-363-BO

DERRICK WHITAKER,                )
                                 )
    Petitioner,                  )
                                 )
    v.                           )   ORDER
                                 )
UNITED STATES OF AMERICA,        )
                                 )
    Respondent.                  )

For good cause having been shown upon the motion of Respondent, it is hereby ORDERED that the stay issued on August 17, 2016, is hereby LIFTED.

This __1__ day of September, 2017.

_____
TERRENCE W. BOYLE
United States District Judge