IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-17-BO
NO. 5:16-CV-363-BO

| | | |
|---|---|---|
| DERRICK DENARRIO WHITAKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's motion to voluntarily dismiss [DE 59] his previously filed § 2255 motion [DE 48]. That motion is GRANTED. The government's motion to dismiss [DE 55] is therefore DENIED AS MOOT. The clerk is DIRECTED to close civil case No. 5:16-CV-363-BO.

SO ORDERED.

This the __1__ day of July, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE